FILED: October 31, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2231 (L)
(8:17-cv-00361-TDC)

_____

INTERNATIONAL REFUGEE ASSISTANCE PROJECT, a project of the Urban Justice Center, Inc., on behalf of itself and its clients; HIAS, INC., on behalf of itself and its clients; JOHN DOES #1 & 3; JANE DOE #2; MIDDLE EAST STUDIES ASSOCIATION OF NORTH AMERICA, INC., on behalf of itself and its members; MUHAMMED METEAB; PAUL HARRISON; IBRAHIM AHMED MOHOMED; ARAB AMERICAN ASSOCIATION OF NEW YORK, on behalf of itself and its clients

   Plaintiffs - Appellees

 and

ALLAN HAKKY; SAMANEH TAKALOO

   Plaintiffs

v.

DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF STATE; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security; REX TILLERSON, in his official capacity as Secretary of State; DANIEL R. COATS, in his official capacity as Director of National Intelligence

   Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the Government's Motion to Expedite Merits Briefing Schedule, the Court expedites the cross-appeal briefing schedule as follows:

| | |
|---|---|
| Opening Brief: | Due November 1, 2017 |
| Opening/Response Brief: | Due November 15, 2017 |
| Response/Reply Brief: | Due November 22, 2017 |
| Reply Brief: | Due November 29, 2017. |

Any amicus curiae brief in support of the Government shall be filed by November 6, 2017. Any amicus curiae brief in support of Plaintiffs shall be filed by November 17, 2017. Amicus curiae briefs shall be filed on the merits only, not on the motion for stay.

Oral argument is scheduled for December 8, 2017, at 9:00 a.m. in Richmond, Virginia.

For the Court

/s/ Patricia S. Connor, Clerk